# Court of Appeals
# of the State of Georgia

ATLANTA,  January 23, 2013

*The Court of Appeals hereby passes the following order:*

## A13D0183.  RODNEY PETERSON v. THE STATE.

In 2007, Rodney Peterson pled guilty to aggravated assault, obstruction of an officer, and other crimes.  He later filed a motion to correct a void sentence, arguing that his aggravated assault and obstruction convictions should have merged.[1]  The trial court denied the motion, and Peterson filed this application for discretionary appeal.

An appeal may lie from an order denying a motion to correct a void sentence if the defendant raises a colorable claim that the sentence is, in fact, void or illegal.  See *Harper v. State*, 286 Ga. 216 n.1 (686 SE2d 786) (2009); *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009).  Peterson's merger argument, however, is a challenge to his convictions, not to his sentence.  See *Williams v. State*, 287 Ga. 192 (695 SE2d 244) (2010).  Because he has not raised a valid void-sentence claim, we may not consider Peterson's application.  See *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010); *Harper*, supra.  Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 01/23/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] As Peterson has not included a copy of his motion, this summary of his argument is taken from the trial court's order.